FILED by KS D.C.

May 19, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **21-20308-CR-WILLIAMS/MCALILEY**

18 U.S.C. § 1956(h)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

LUIS ALVAREZ VILLAMAR,

        Defendant.
_____/

## INFORMATION

The United States charges that:

### CONSPIRACY TO COMMIT MONEY LAUNDERING
(18 U.S.C. § 1956)

Beginning in or around 2014, through in or around at least 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LUIS ALVAREZ VILLAMAR,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown, to violate Title 18, United States Code, Section 1957, that is, to knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activities are: (i) felony violations of the Foreign Corrupt Practices Act ("FCPA"), Title 15, United States Code, Sections 78dd-2 and 78dd-3; and (ii) an offense against a foreign nation involving bribery of a public official in violation of

in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

        DANIEL S. KAHN
        ACTING CHIEF, FRAUD SECTION
        CRIMINAL DIVISION

        */s/ Drew Bradylyons for*
        KATHERINE RAUT, TRIAL ATTORNEY
        ALEXANDER KRAMER, TRIAL ATTORNEY
        CRIMINAL DIVISION, FRAUD SECTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

LUIS ALVAREZ VILLAMAR

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)                Yes ___  No ___
Number of new defendants
Total number of counts

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days       ✓
   - II  6 to 10 days
   - III 11 to 20 days
   - IV  21 to 60 days
   - V   61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony   ✓

6. Has this case previously been filed in this District Court?    (Yes or No)   No
   If yes: Judge                            Case No.
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   No
   If yes: Magistrate Case No.
   Related miscellaneous numbers:    1:21-mj-02270-AOR; 1:21-mj-02326-LFL
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___   No ✓

_____
Alexander Kramer
Trial Attorney
Court ID A5502240

*Penalty Sheet(s) attached                                              REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** LUIS ALVAREZ VILLAMAR

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

   **\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: LUIS ALVAREZ VILLAMAR

personal surety
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Alexander Kramer

Last Known Address: 8300 NW 102 Avenue

Apt. S 120

Doral, FL 33178

What Facility: _____

Agent(s):   HSI Olivia Henika
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)